

ORDERED in the Southern District of Florida on August 10, 2009.

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

TELEPLUS WORLD, CORP.,

      Debtor.
_____/

Case No. 09-13799-BKC-RAM

Chapter 11

### ORDER DISMISSING CASE WITH PREJUDICE

This matter came before the Court on the Debtor in Possession's Motion to Dismiss Chapter 11 Case (the "Motion") (C.P. 56). The Court, having reviewed the Motion and the information available to the Court, taking specific judicial notice of the entire contents of the Court file, being otherwise duly advised of the premises, and finding good causes exists to grant the requested relief, it is hereby:

ORDERED as follows:

1.     The Motion is Granted.

2.     This captioned case is dismissed with prejudice to the filing of a petition under any chapter of the Bankruptcy Code for a period of six (6) months from the date of this Order.

3.     The Debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) within ten (10) days of the entry of this Order and the Debtor

shall provide to the United States Trustee an affidavit indicating all cash disbursements from July 1, 2009 through the date of this Order.

    4.    The Debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry of this Order.

    5.    The Court shall retain jurisdiction to enforce the provisions of this Order.

# # #

# CERTIFICATE OF NOTICE

```
District/off: 113C-1           User: cohend                Page 1 of 2                    Date Rcvd: Aug 12, 2009
Case: 09-13799                 Form ID: pdf001             Total Noticed: 58


The following entities were noticed by first class mail on Aug 14, 2009.
db           +Teleplus World, Corp.,    4960 NW 165th Street,    Unit B24,    Miami-Lakes, FL 33014-6333
smg           Florida Department of Revenue,    POB 6668,    Tallahassee, FL 32314-6668
smg          ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   IRS,    POB 21126,    Philadelphia, PA  19114)
ust          +Office of the US Trustee,    51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
sp           +Douglas K. Clarke,    Three Ctr Plaza 6th Fl,    Boston, MA 02108-2003
86979839     +ADP,    10200 Sunset Drive,    Miami, FL 33173-3033
86979841     +AT&T,    P.O. Box 105262,    Atlanta, GA 30348-5262
86979840      All Penny Stocks,    c/o Stephen Walters, LLB LLM,    8 Main Street East,    Hamilton, ON  L7N1E,
               CANADA
86979842      Baldgorilla Software, Inc.,    520A St. Charles, Suite 220,    Vaudreuil-Dorion, QC J7V 7N2,
               Canada
86979843     +Beazley Insurance Company, Inc.,    30 Batterson Park Road,    Farmington, CT 06032-2579
86822804     +Bienstock & Michael, P.C.,    Randall S. D. Jacobs,    411 Hackensack Avenue,    7th Floor,
               Hackensack, NJ 07601-6328
86822805     +Brightpoint North America L.P.,    501 Airtech Parkway,    Plainfield, IN 46168-7408
86822806     +Broadridge,    P .O. Box 23487,    Newark, NJ 07189-0487
86979857     +Burglar Alarm Service,    10242 NW 47th Street,    Suite 38,    Sunrise, FL 33351-7903
86822807     +Cardelle, Carlos,    10310 SW 52 Terrace,    Miami, FL 33165-7052
86979858     +Cris Neely,    2835 NW 45th Street,    Boca Raton, FL 33434-5816
86979859      DHL Custom Brokerage Ltd.,    200 Westcreek Blvd.,    Brampton, ON L6T 5T7,    Canada
86822808     +Eric Berry Law Office, P.C.,    132 Nassau Street,    Suite 1300,    New York, NY 10038-2425
86979844     +FPL,    P.O. Box 025576,    Miami, FL 33102-5576
87052976      Florida Department of Revenue,    Post Office Box 6668,    Tallahassee, Florida  32314-6668
86979860      Fogler Rubinoff LLP,    1200-95 Wellington Street West,    Toronto, ON M5J 2Z9,    Canada
86979861      Fraser Milner Casgrain LLP,    1 Place Ville-Marie 39th Floor,    Montreal, QC N3B 3A7,    Canada
86979845      Giles Gagne,    1155 University Street,    Suite 400,    Montral QCX H3B 3A7,    Canada
86822809      Gordon Chow Management Ltd.,    1699 West 69th Avenue,    Vancouver, British Columbia,
               Canada V6P 2W7
86979846     +Greenbridge Commercial Group,    1520 Nutmeg Place,    Suite 265,    Costa Mesa, CA 92626-2501
86979847      Haken Wretsell,    Pastoratsvagen 37,    239 41 Falsterbo,    SWEDEN
86979848     +Hostway Corp.,    100 N. Riverside,    Suite 800,    Chicago, IL 60606-1501
86822810     +Howard Salamon d/b/a Salamon Brothers,    20 Margaret Avenue,    Lawrence, NY 11559-1826
86914965     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,    PO Box 21126,
               Philadelphia PA  19114-0326)
86830183     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,    POB 17167,    STOP 5730,
               Ft. Lauderdale, Florida 33318)
86830182      Internal Revenue Service,    7850 SW 6th Court,    STOP 5730,    Plantation, Florida 33324-3210
86979849      Inventive Approach,    2940 Douglas Avenue,    Montreal, QC H3R 2E1,    Canada
86979850      Jackson Lewis LLP,    P.O. Box 34973,    Newark, NJ  07189-4973
86822811     +Karpheden, Michael,    6000 Island Boulevard,    Unit 705,    Aventura, FL 33160-3765
86822812     +Kirkpatrick Lockhart Preston Gates Ellis,    K&L Gates,    Miami Center 20th Floor,
               201 South Biscayne Blvd.,    Miami, FL 33131-4332
86979851      LECG Canada United,    95 University Avenue,    Suite 1000,    Toronto, ON  M5J2H7,    Canada
86822813      Lender Group,    c/o Steve Kerekes,    92 Willis Drive,    Aurora, Ontario L4G 7M4
86979852     +Macreport,    22 W. Main Street,    Marcellus, NY 13108-1125
86923697      Marius Silvasan,    6315 Avenue Des Cedres,    St Hyacinthe Quebec,    Canada J2R IC5
86979837     +Miami-Dade County Tax Collector,    Paralegal Unit,    140 West Flagler Street, 14th Floor,
               Miami, FL 33130-1519
87144102     +National Union Fire Insurance,    Company of Pittsburgh PA,    c/o Michelle A Levitt,
               Commercial Insurance BK Collections,    175 Water St 18th floor,    New York NY 10038-4976
86822814     +PKF,    29 Broadway,    New York, NY 10006-3201
86979853      Quotemedia,    1700 E. Shea Blvd.,    Suite 230,    Fountain Hills, AZ 85268
86976498     +Robert Half Finance & Accounting,    Att: Karen Lima,    5720 Stoneridge Dr #3,
               Pleasanton, CA 94588-2732
86822815      Shamy, Nick,    362 av de Capri,    Laval, Quebec,    Canada H7W 4M9
86822816     +Silvasan, Marius and Chan, Jeanne,    c/o Teleplus World/ Corp.,    4960 NW 165th Street,
               Unit B24,    Miami Lakes, FL 33014-6333
86979854     +Sruli Building, LLC,    548 W. 18th Street,    Hialeah, FL 33010-2421
86979855      Steve Kerekes,    92 Willis Drive,    Aurora, ON LHG,    Canada
86822817     +Sunera LLC,    777 South Harbour Island Blvd.,    Suite 760,    Tampa, FL 33602-5968
86822818      Thompson Financial LLC,    Thompson Reuters,    P.O. Box 5136,    Carol Stream, IL 60197-5136
86979862     +U.S. Securities and Exchange Commission,    Attn: Susan R. Sherrill-Beard,    Suite 1000,
               3475 Lenox Road, N.E.,    Atlanta, GA 30326-3235
86822819      UPS Supply Chain Solutions,    28013 Network Place,    Chicago, IL 60673-1280
86979856      United HealthCare Insurance Corp.,    DEP CH 10151,    Palatine, IL  60055-0151
86822820      Visioneer Holdings Group/ Inc.,    6315 Avenue Des Cedres,    St. Hyacinthe, Quebec,
               Canada J2R 1C5
86822821      Wretsell, Hakan,    Pastoratsvagen 37,    239 41 Falsterbo,    Sweden
86822822     +YA Global Investments L.P.,    101 Hudson Street,    Suite 3700,    Jersey City, NJ 07302-3934
87143954     +YA Global Investments, L.P.,    c/o Yorkville Advisors, LLC,    101 Hudson Street, Suite 3700,
               Jersey City, NJ 07302-3934,    Attn: Mr. Michael Schreck
86822823     +Young Conway Stargatt & Taylor,    1000 West Street, 17th Floor,    Wilmington, DE 19801-1037

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0
```

```
District/off: 113C-1          User: cohend              Page 2 of 2                Date Rcvd: Aug 12, 2009
Case: 09-13799               Form ID: pdf001           Total Noticed: 58

              ***** BYPASSED RECIPIENTS (continued) *****
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               YA Global Investments, L.P.
86979838*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court: Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA  19114)
                                                                                          TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2009**                    Signature:    _Joseph Speetjens_